IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

v.                 **CASE NO. 4:16-CV-00168 BSM**

**$284,950 IN U.S. CURRENCY**                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, default judgment is entered for the United States.

IT IS SO ORDERED this 25th day of May 2018.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE